Ryan P. Browne
Greyson D. Hill
TAYLOR NICASTRO BROWNE LLC
1501 14th Street West, Suite 200
Billings, Montana 59102
Telephone: (406) 389-6262
rbrowne@tnb-mt.com
ghill@tnb-mt.com
*Attorneys for Walmart Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| GRACIELA CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., previously known as WAL-MART STORES, INC., DOES 1-10, and CORPORATE DOES A-Z,<br><br>Defendants. | Cause No. <u>CV-26-24-BU-TJC</u><br><br>**WALMART'S NOTICE OF REMOVAL** |

COMES NOW the Defendant, Walmart Inc. ("Walmart"), by and through its

counsel of record, Taylor Nicastro Browne LLC, and pursuant to 28 U.S.C. § 1332,

28 U.S.C. § 1446, and D. Mont. Local Rule 3.3, Walmart removes to this Court an

action pending in Montana's Eighteenth Judicial District Court, Gallatin County,

Cause No. DV-16-2024-0000519-NE ("State Court Action").  Removal of the State

Court Action is supported by the following:

1.      The pending State Court Action was initiated when Plaintiff Graciela Castro filed her Complaint and Demand for Jury Trial in Montana's Eighteenth Judicial District Court.

2.      Plaintiff subsequently filed her Amended Complaint and Demand for Jury Trial on June 4, 2024. The Amended Complaint asserted claims against Walmart Inc., Does 1-10, and Corporate Does A-Z. A true and correct copy of the Amended Complaint is attached hereto as **EXHIBIT A**.

3.      This case arises from a personal injury incident on July 20, 2021, at Walmart Supercenter No. 2084, which is in Bozeman, Montana. Amended Complaint, at ¶¶ 8-9.

4.      Walmart was served with process on March 5, 2026. A true and correct copy of the Return of Service is attached hereto as **EXHIBIT B**. Walmart is contemporaneously filing its Answer to Plaintiff's Amended Complaint and Jury Demand and a copy of this Notice of Removal in the State Court Action as required by 28 U.S.C. § 1446(d).

5.      The State Court Action is a civil action over which this Court possesses original jurisdiction under 28 U.S.C. § 1332 and the State Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because it appears by a preponderance of the evidence that the amount in controversy exceeds the sum of

WALMART'S ANSWER TO THE AMENDED
COMPLAINT AND JURY TRIAL DEMAND
PAGE - 2

**TAYLOR NICASTRO BROWNE LLC**
1501 14TH STREET WEST, STE. 200
BILLINGS, MONTANA 59102
(406) 389-6262

$75,000, exclusive of interest and costs, and the parties are citizens of different states.

6.    Walmart has a good faith basis to believe the amount in controversy exceeds $75,000, exclusive of interest and costs, based on Plaintiff's allegations, discussions with Plaintiff's counsel, and other information gathered to date.

7.    Plaintiff alleged that she suffered injuries to her "back and hip that have required past and will require future medical treatment, pain and suffering, a loss in her course of life and emotional distress damages." Amended Complaint, at ¶ 13.

8.    With respect to the citizenship of the parties, Plaintiff alleged that she is a "resident and citizen" of Hanford, California. Amended Complaint, at ¶ 1.

9.    Walmart Inc. is a corporation organized under Delaware law. Walmart maintains its principal place of business in Arkansas. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Therefore, Walmart Inc. is a citizen of Delaware and Arkansas and of no other states.

10.    Does 1-10 and Corporate Does A-Z are unidentified, fictitious defendants. As such, the citizenship of fictitious defendants must be disregarded in determining whether diversity jurisdiction exists.  28 U.S.C., § 1441(b).

11.    There is complete diversity of citizenship among the parties to this case.

WALMART'S ANSWER TO THE AMENDED
COMPLAINT AND JURY TRIAL DEMAND
PAGE - 3

**TAYLOR NICASTRO BROWNE LLC**
1501 14TH STREET WEST, STE. 200
BILLINGS, MONTANA 59102
(406) 389-6262

12.    Walmart has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D. Mont. L. R. 3.3(a).

WHEREFORE, Walmart seeks the following relief: 1) removal of the State Court Action to the United States District Court for the District of Montana, Butte Division; 2) that this Court assume jurisdiction over the case; and 3) that this Court enter any and all such further orders as may be necessary and proper for the continuation of this action.

DATED this 17th day of March, 2026.

TAYLOR NICASTRO BROWNE LLC

By: _____
Ryan P. Browne
*Attorneys for Walmart Inc.*

WALMART'S ANSWER TO THE AMENDED
COMPLAINT AND JURY TRIAL DEMAND
PAGE - 4

**TAYLOR NICASTRO BROWNE LLC**
1501 14TH STREET WEST, STE. 200
BILLINGS, MONTANA 59102
(406) 389-6262